

# Fourth Court of Appeals
## San Antonio, Texas

December 31, 2021

No. 04-21-00534-CV

**IN THE INTEREST OF J.R.M., A CHILD**,

From the 285th Judicial District Court, Bexar County, Texas
Trial Court No. 2021-PA-00113
Honorable Charles E. Montemayor, Judge Presiding

## O R D E R

This is an accelerated appeal of an order terminating the appellant's parental rights, which must be disposed of by this Court within 180 days of the date the notice of appeal is filed. TEX. R. JUD. ADMIN. 6.2. Appellant Mother J.M. has filed a motion for extension of time to file her brief. Appellant's motion is GRANTED. Appellant's brief is due on January 18, 2022.

Given the time constraints governing the disposition of this appeal, further requests for extensions of time will be disfavored.

_____
Liza A. Rodriguez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 31st day of December, 2021.



_____
MICHAEL A. CRUZ, Clerk of Court